AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CELEBRITY CRUISES, INC., <br><br> *Plaintiff(s)* <br> v. <br> SLOBODAN DESPOT, <br><br> *Defendant(s)* | Civil Action No. 19-cv-22890-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SLOBODAN DESPOT
c/o John Hickey, Esq., attorney for Defendant
Hickey Law Firm
1401 Brickell Avenue, Suite 510
Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Horr, Esq., Stephanie H. Wylie, Esq. and Juan Perez, Esq.
Horr, Novak & Skipp, P.A.
9130 S. Dadeland Blvd., Suite 1700
Miami, FL 33156
(305) 670-2525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  07/12/2019

Angela E. Noble
Clerk of Court

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts